# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Kurt Gardner<br>DEFENDANT(S). | CASE NUMBER<br>2:10 MJ 2028<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __8-24-10__ , _____ , at __2:00__ ☐ a.m. /☒ p.m. before the Honorable __Stephen J. Hillman__ , in Courtroom __550__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __8/19/10__      _____
U.S. District Judge/Magistrate Judge